**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANK MENDEZ, | No. 11-16734 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-00266-JAT-LOA |
| v. | |
| CHARLES L. RYAN, Director of Arizona Dept. of Corrections at ADOC Central Office; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted August 8, 2012[**]

Before:    ALARCÓN, BERZON, and IKUTA, Circuit Judges.

Arizona state prisoner Frank Mendez appeals pro se from the district court's

judgment dismissing his 42 U.S.C. § 1983 action alleging due process violations in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

connection with a prison gang validation.  We review de novo a dismissal under 28 U.S.C. § 1915A.  *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000).  We reverse and remand.

Dismissal of Mendez's claims as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), was improper because a successful challenge to Mendez's gang validation would not necessarily shorten the length of his confinement.  *See Ramirez v. Galaza*, 334 F.3d 850, 858 (9th Cir. 2003) ("the favorable termination rule does not apply to § 1983 suits challenging a disciplinary hearing or administrative sanction that does not affect the overall length of the prisoner's confinement").

Mendez shall bear his own costs on appeal.

**REVERSED and REMANDED.**